IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEZLIE CANADA,   No. C 05-2199 PJH

    Plaintiff,   **ORDER TO SHOW CAUSE**

  v.

CLIENT SERVICES, INC.,

    Defendant.
_____/

    Defendant in the above-entitled matter having failed to appear at the case management conference on September 29, 2005, and plaintiff having appeared at that proceeding in compliance with the Court's orders,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why sanctions should not be imposed or the defendant's default entered.

    A hearing on the order to show cause will be held on October 13, 2005 at 2:30 p.m. A further failure to appear will result in sanctions.

    **IT IS SO ORDERED.**

Dated: September 29, 2005

                                                              PHYLLIS J. HAMILTON
                                                              UNITED STATES DISTRICT JUDGE