# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Canada,<br><br>   Plaintiff(s),<br><br>   v.<br><br>Client Services Inc.,<br><br>   Defendant(s). | No. C 05-02199 PJH MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __January 27, 2006__

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: __1/30/06__

Mediator, Gregory D. Walker
Gregory D. Walker  Attorney at Law
11 Embarcadero West Suite 140
Oakland, CA 94607

Certification of ADR Session
05-02199 PJH MED