1   Ronald Wilcox, Esq., 176601
    2160 The Alameda, First Floor, Suite F
2   San Jose, CA 95126
    Tel: (408) 296-0400
3   Fax: (408) 296-0486

4   Pete F. Barry, Esq. (admitted *pro hac vice*)
    The Barry Law Office, Ltd.
5   342 County Road D. East
    St. Paul, MN 55117-1275
6   Tel: (651) 714-8800
    Fax: (651) 501-880

7

    **ATTORNEYS FOR PLAINTIFF**

8
                    **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
10

11  LEZLIE CANADA,                          )
                                            )
12                                          )
                                            )
13          Plaintiff,                      )
                                            )  Case No. C 05-02199-PJH
14          v.                              )
                                            ) STIPULATION TO DISMISS
15  CLIENT SERVICES, INC.                   ) and [PROPOSED] ORDER
                                            )
16                                          )
            Defendant.                      )
17  _____)

18          The matter settled at ADR.  The parties stipulate to dismiss the action with prejudice.

19  2/28/06              /s/Ronald Wilcox
    Date                 Ronald Wilcox, counsel for plaintiffs
20
    3/1/06               /s/Andrew Steinheimer
21  Date                 Andrew Steinheimer, counsel for defendant

22  **IT IS SO ORDERED.**

23  _____      _____
    Date           U.S. DISTRICT JUDGE
24