Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

Pete F. Barry, Esq. (admitted *pro hac vice*)
The Barry Law Office, Ltd.
342 County Road D. East
St. Paul, MN 55117-1275
Tel: (651) 714-8800
Fax: (651) 501-880

**ATTORNEYS FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LEZLIE CANADA, | ) |
| | ) |
| Plaintiff, | ) Case No. C 05-02199-PJH |
| v. | ) |
| | ) STIPULATION TO DISMISS |
| CLIENT SERVICES, INC. | ) and [~~PROPOSED~~] ORDER |
| | ) |
| Defendant. | ) |

The matter settled at ADR. The parties stipulate to dismiss the action with prejudice.

2/28/06           /s/Ronald Wilcox
Date                Ronald Wilcox, counsel for plaintiffs

3/1/06            /s/Andrew Steinheimer
Date                Andrew Steinheimer, counsel for defendant

**IT IS SO ORDERED.**

 3/2/06            _____
Date                U.S. DISTRICT

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*